No. 626. DEANE HILL COUNTRY CLUB, INC. *v.* CITY OF KNOXVILLE ET AL. C. A. 6th Cir. Certiorari denied. *William Earl Badgett* for petitioner. *Milton P. Rice,* Assistant Attorney General of Tennessee, for respondent McCanless. ▮

No. 631. LOUISIANA POWER & LIGHT CO. *v.* CITY OF THIBODAUX. C. A. 5th Cir. Certiorari denied. *Malcolm L. Monroe* and *Andrew P. Carter* for petitioner. *Paul M. Hebert* for respondent. ▮

No. 634. BRENNAN *v.* UDALL, SECRETARY OF THE INTERIOR. C. A. 10th Cir. Certiorari denied. *John J. Wilson* for petitioner. *Acting Solicitor General Spritzer, Acting Assistant Attorney General Williams, Roger P. Marquis* and *S. Billingsley Hill* for respondent. ▮

No. 640. PORTLAND CEMENT CO. OF UTAH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Gerald R. Miller* for petitioner. *Acting Solicitor General Spritzer, Acting Assistant Attorney General Pugh* and *Grant W. Wiprud* for the United States. ▮

No. 642. ZUSMANN, TRUSTEE IN BANKRUPTCY *v.* NATIONAL ACCEPTANCE CO. C. A. 5th Cir. Certiorari denied. *Morris W. Macey* for petitioner. *Nolan B. Harmon* for respondent. ▮

No. 647. GOON MEE HEUNG *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 1st Cir. Certiorari denied. *Joseph F. O'Neil* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Paul C. Summitt* for respondent. ▮